UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

In Re: )
)
    JASON E. TAVERNARO and ) Case No.: 10-20711-RDB
    TONYA AILEEN TAVERNARO, )
)
    Debtors. )

## MOTION TO DISMISS

COMES NOW the Trustee, Carl R. Clark, and moves the Court for its Order dismissing the above-captioned case. In support of this Motion, the Trustee states as follows:

1. The Debtors filed their Chapter 13 petition on March 14, 2010. The case was converted to Chapter 7 on June 14, 2010.

2. The Debtors' Chapter 7 § 341 first meeting of creditors was originally scheduled for August 13, 2010. The Debtors did not appear at the hearing.

3. Debtors' Chapter 7 § 341 first meeting of creditors was continued to August 27, 2010 and Debtors again failed to appear to be examined.

4. The Debtors' failure to appear at their scheduled § 341 meetings constitutes cause for dismissal pursuant to 11 U.S.C. § 707 and is an unreasonable delay by the Debtors that is prejudicial to creditors.

WHEREFORE, the Trustee requests that this Court enter an Order dismissing the above-captioned case, and for such other and further relief as the court deems just and equitable.

Respectfully submitted,

LENTZ CLARK DEINES PA

Dated: August 31, 2010      /s/Carl R. Clark
Carl R. Clark, KS #11411
9260 Glenwood
Overland Park, KS 66212
(913) 648-0600
(913) 648-0664 Telecopier
cclark@lcdlaw.com
Chapter 7 Trustee